UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:20-cr-14-07

                Plaintiff,             Hon. Paul L. Maloney
                            U.S. District Judge

    v.

DANIEL NATHAN WESTPHAL,

                Defendant.
_____/

## **ORDER REVOKING BOND**

On December 14, 2020, Defendant Westphal entered a plea of guilty to the charge of conspiracy to distribute and possess with intent to distribute methamphetamine. The next day, the undersigned entered a Report and Recommendation recommending that the District Judge accept Defendant's plea and adjudicate him guilty. (ECF No. 155.)

On January 4, 2021, Judge Maloney entered an order adopting the report and recommendation and adjudicating Defendant guilty. (ECF No. 166.)

The undersigned held a bond review hearing on January 11, 2021. Pursuant to 18 U.S.C. § 3143(a)(2), and for reasons stated on the record, Defendant's bond is hereby revoked.

Defendant is hereby ordered to report to the United States Probation Office in Marquette for a drug test prior to noon on Thursday, January 14, 2021. After this drug test is complete, Defendant shall immediately report to the Marquette County Jail, where he will remain detained pending sentencing.

IT IS SO ORDERED.

Date:  January 12, 2021          /s/ *Maarten Vermaat*
MAARTEN VERMAAT
UNITED STATES MAGISTRATE JUDGE